UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID SCHATZLEIN,

Defendant.

Case No. 2:01-cr-00050-LDG-LRL-03

ORDER TO RETURN SURRENDERED PASSPORT TO U.S. DEPARTMENT OF STATE

On February 14, 2001, defendant David Schatzlein surrendered his passport to the Clerk of Court pursuant to an Order on conditions of pretrial release.  Sentencing and Disposition was held on September 13, 2002. Judgment was entered and the case was closed.  Therefore, the Clerk is hereby directed to return defendant's surrendered passport to the U.S. Department of State.

IT IS SO ORDERED.

DATED THIS 4th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE